1  ALEXANDER G. CALFO (SBN 152891)
      *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
      *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
      *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:      (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON SERVICES, INC., JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
9  Johnson, Inc."), DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
10 International, Ltd.")

11                    UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14 | MICHAEL DAVIS and SUSAN DAVIS, | CASE NO. CV12-2700-MMC

15 |           Plaintiffs,           | [~~PROPOSED~~] ORDER RE STIPULATION TO STAY PROCEEDINGS

16 |           vs.                   | JURY TRIAL DEMANDED

17 | DEPUY ORTHOPAEDICS, INC., JOHNSON
   | & JOHNSON SERVICES, INC., JOHNSON
18 | & JOHNSON, INC., DEPUY
   | INTERNATIONAL, LTD., THOMAS P.
19 | SCHMALZRIED, M.D., THOMAS P.
   | SCHMALZRIED, M.D. A PROFESSIONAL
20 | CORPORATION; and DOES 1 through 20,
   | inclusive,
21
22 |           Defendants.

23

24        Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs

25 MICHAEL DAVIS and SUSAN DAVIS and Defendants DEPUY ORTHOPAEDICS, INC.,

26 JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as

27 "Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as

28 "DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all

1  documents, files, and pleadings in this action; and upon good cause shown, it is hereby
2  ORDERED that:
3   1.  The Parties' request for a stay of proceedings is GRANTED;
4   2.  All proceedings in this action are hereby stayed, pending a decision by the Judicial
5       Panel on Multidistrict Litigation on whether this case should be transferred to *In re*
6       *DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,
7       MDL Docket No. 2244.
8   3.  All deadlines, including any deadlines relating to a potential remand motion and
9       any outstanding responsive pleading, are extended until 30 days after the entry of a
10      joint Case Management Order in the MDL addressing remand briefing.
11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 13   , 2012



Hon. Maxine M. Chesney

764521.1 / 25-219                             2                          CV12-2700-MMC
[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS